ACCEPTED
05-15-00205-cr
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/9/2015 12:00:00 AM
LISA MATZ
CLERK

Appellate Docket Number:    05-15-00205-CR

Appellate Case Style: Style:    Thomas James Dunn

Vs.    State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/7/2015 2:43:27 PM
LISA MATZ
Clerk

Amended/corrected statement:    ☒

## DOCKETING STATEMENT (Criminal)

Appellate Court:   5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I.  Appellant | II.  Appellant Attorney(s) |
|---|---|
| First Name:     Thomas | ☐ Lead Attorney |
| Middle Name:   James | First Name:     April |
| Last Name:     Dunn | Middle Name:   E. |
| Suffix: | Last Name:     Smith |
| Appellant Incarcerated?   ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed            ☐ District/County Attorney<br>☐ Retained             ☐ Public Defender |
| Pro Se:  ◯ | Firm Name: |
| | Address 1:     P.O. Box 870550 |
| | Address 2: |
| | City:          Mesquite |
| | State:   Texas                          Zip+4:   75187-0550 |
| | Telephone:    972-613-5751          ext. |
| | Fax:     972-686-4714 |
| | Email:    april@aesmithlaw.com |
| | SBN:    18532800 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Susan |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Hawk |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Dallas County District Attorney's Office |
| | Address 1: 133 N. Riverfront Blvd. |
| | Address 2: |
| | City: Dallas |
| | State: Texas Zip+4: 75207-4313 |
| | Telephone: 214-653-3600 ext. |
| | Fax: 214-653-3643 |
| | Email: lori.ordiway@dallascounty.org |
| | SBN: |

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Other

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: January 30, 2015

Offense charged: PCS

Date of offense: August 15, 2014

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: February 27, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 15 months State jail

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: February 27, 2015

Date of hearing: ☒ NA

Date of order: ☒ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: February 27, 2015

## VIII. Trial Court And Record

Court:     Criminal District Court No. 5

County:  Dallas

Trial Court Docket Number (Cause no):     F14-57706-L

Trial Court Judge (who tried or disposed of the case):

First Name:     Carter

Middle Name:

Last Name:     Thompson

Suffix:

Address 1:     133 N. Riverfront Blvd.

Address 2:

City:

State:   Texas                          Zip + 4:  75207

Telephone:     214-653-5942          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:   ☒ District     ☐ County

Was clerk's record requested?     ☐ Yes  ☒ No

If yes, date requested:

If no, date it will be requested:   March 10, 2015

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?     ☐ Yes  ☒ No

Was the reporter's record electronically recorded?   ☐ Yes  ☒ No

If yes, date requested:  March 10, 2015

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter               ☐ Court Recorder
☒ Official                     ☐ Substitute

First Name:     Victoria

Middle Name:

Last Name:     Franklin

Suffix:

Address 1:     133 N Riverfront Blvd.

Address 2:

City:          Dallas

State:   Texas                          Zip + 4:  75207-4313

Telephone:     214-653-5943          ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 05-15-00204-CR                    Court:  Fifth Court of Appeals

Style:     Thomas James Dunn

     Vs.     State of Texas

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 05-15-00206-CR                    Court:  Fifth Court of Appeals

Style:     Thomas James Dunn

     Vs.     State of Texas

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 05-15-00207-CR                    Court:  Fifth Court of Appeals

Style:     Thomas James Dunn

     Vs.     State of Texas

## X.  Signature

_____
Signature of counsel (or Pro Se  Party)                    Date:   March 7, 2015

_____                    State Bar No: 18532800
Printed Name:

Electronic Signature:  /s/ April E. Smith                    Name:  April E. Smith
    (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  March 7, 2015                    .

Signature of counsel (or pro se party)　　　　Electronic Signature: /s/ April E. Smith

　　　　　　　　　　　　　　　　　　　　　　　　　　(Optional)

　　　　　　　　　　　　　　　　　　　　　　　State Bar No.:　185328100

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

　　　　　　　　(1) the date and manner of service;
　　　　　　　　(2) the name and address of each person served, and
　　　　　　　　(3) if the person served is a party's attorney, the name of the party represented by that attorney

---

Please enter the following for each person served:

Date Served: March 7, 2015

Manner Served: eServe

First Name:　Lori

Middle Name:

Last Name:　Ordiway

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1:　133 N. Riverfront Blvd.

Address 2:

City:　Dallas

State　Texas　　　　　　　　Zip+4: 75207-4313

Telephone:　214-653-3625　　ext.

Fax:　214-653-3643

Email:　lori.ordiway@dallascounty.org